UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARY ANN PARKER, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) Civil Action No. 2:17-cv-588 |
| v. | ) |
|  | ) |
| S.C.N. LLC, | ) |
|  | ) |
| Defendant. | ) |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby files this Notice of Voluntary Dismissal with Prejudice and states that this case has been settled, costs taxed as paid.

Respectfully submitted this 26th day of May, 2017.

_____
John Allen Fulmer II (ASB-1089-O42F)
*Attorney for Plaintiff*

**Of Counsel:**
**FULMER LAW FIRM, P.C.**
P.O. Box 130373
Birmingham, AL  35213
Telephone: (205) 402-2100
Email: jaf@jafulmerlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this the ___26th___ day of May, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and sent via electronic mail the foregoing to counsel for the defendant:

    Juritta Neal, Esq.
    9481 US Highway 278 E
    Holly Pond, AL 35083
    jneal@jetpep.com

                                            /s/ John Allen Fulmer
                                            Of counsel